**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| DIETGOAL INNOVATIONS LLC, | § § | |
| *Plaintiff,* | § § | Civil Action No. 2:12-cv-00774 |
| v. | § § | Jury Trial Demanded |
| PITA PIT USA, INC. | § § | |
| *Defendant.* | § | |

**PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT
PURSUANT TO F.R.C.P. 7.1**

Plaintiff DietGoal Innovations LLC hereby submits its corporate disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure. DietGoal Innovations LLC is a Texas Limited Liability Company and does not have a parent corporation or any publicly held corporation which owns 10% or more of their stock.

Dated: December 7, 2012                    Respectfully submitted,

                                          **BUETHER JOE & CARPENTER, LLC**

                        By:    */s/ Christopher M. Joe*
                              Christopher M. Joe (Lead Counsel)
                              State Bar No. 00787770
                              Chris.Joe@BJCIPLaw.com
                              Eric W. Buether
                              State Bar No. 03316880
                              Eric.Buether@BJCIPLaw.com
                              Brian A. Carpenter
                              State Bar No. 03840600
                              Brian.Carpenter@BJCIPLaw.com
                              Niky Bukovcan
                              State Bar No. 24078287
                              Niky.Bukovcan@BJCIPLaw.com
                              Monica Tavakoli
                              State Bar No. 24065822
                              Monica.Tavakoli@BJCIPLaw.com

                              1700 Pacific Avenue
                              Suite 4750
                              Dallas, Texas 75201
                              Telephone:    (214) 466-1272
                              Facsimile:    (214) 635-1828

                          **THE LAW OFFICES OF DAMON YOUNG**

                              Damon M. Young
                              State Bar No. 2176700
                              damon@dylawoffices.com

                              4122 Texas Boulevard
                              P.O. Box 1897*
                              Texarkana, TX.  75503 (*04*)
                              Telephone:    (903) 794-1303
                              Facsimile:    (903) 792-5098

                          **ATTORNEYS FOR PLAINTIFF
                          DIETGOAL INNOVATIONS LLC**