**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| DIETGOAL INNOVATIONS LLC, <br><br>  Plaintiff, <br><br> v. <br><br> PITA PIT USA, INC., <br><br>  Defendant. | § <br> § Civil Action No. 2:12-cv-00774-JRG-RSP <br> § <br> § <br> § <br> § ORDER GRANTING <br> § UNOPPOSED MOTION FOR <br> § WITHDRAWAL OF PRIYA S.CLOUTIER <br> § AS COUNSEL FOR DEFENDANT <br> § PITA PIT USA, INC. <br> § <br> § |

On this date, the Court considered the Unopposed Motion for Withdrawal of Priya S. Cloutier as Counsel for Defendant Pita Pit USA, Inc. filed by Defendant Pita Pit USA, Inc. The Court is of the opinion that the motion should be GRANTED, and it is therefore,

ORDERED that Pita Pit USA, Inc.'s Unopposed Motion for Withdrawal of Priya S. Cloutier as Counsel for Defendant Pita Pit USA, Inc. is GRANTED and that Priya S. Cloutier and the law firm of Lane Powell PC are no longer counsel of record for Pita Pit USA, Inc. in the matter.

**SIGNED this 17th day of April, 2013.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE