IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| DIETGOAL INNOVATIONS LLC, § <br> §<br>*Plaintiff,* § <br> § Civil Action No. 2:12-cv-774-JRG-RSP <br> v. § <br> § Jury Trial Demanded <br> PITA PIT USA, INC., § <br> *Defendant.* § <br> § | |

## ORDER GRANTING AGREED MOTION TO STAY ALL DEADLINES

Before the Court is Plaintiff DietGoal Innovations LLC's ("DietGoal") and Defendant Pita Pit USA, Inc.'s ("Pita Pit") Agreed Motion to Stay all deadlines for 30 days in view of the parties having reached a settlement agreement in principle that will dispose of all of DietGoal's claims against Pita Pit.

The Court having considered the motion, and having found good cause therefore finds that the motion should be **GRANTED**. All deadlines as between Plaintiff DietGoal and Defendant Pita Pit are hereby stayed until May 20, 2013.

SO ORDERED.

SIGNED this 22nd day of April, 2013.

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE