IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DIETGOAL INNOVATIONS LLC, | § § | |
| *Plaintiff,* | § § | Civil Action No. 2:12-cv-774-JRG-RSP |
| v. | § § | |
| PITA PIT USA, INC., | § § | |
| *Defendant.* | § | |

## ORDER GRANTING AGREED MOTION TO DISMISS PITA PIT USA INC. WITH PREJUDICE

Having considered the parties' Agreed Motion to Dismiss all claims and counterclaims asserted between Plaintiff DietGoal Innovations LLC and Defendant Pita Pit USA, Inc., the Court finds that the Motion should be GRANTED.

It is hereby, ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted between Plaintiff DietGoal Innovations LLC and Defendant Pita Pit USA, Inc. are hereby dismissed WITH PREJUDICE.

Each party shall bear its own costs, expenses, and attorneys' fees.

**IT IS SO ORDERED.**

**SIGNED this 5th day of June, 2013.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE